

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2016

No. 04-16-00085-CV

**WHATABURGER, INC.,** CA Development LLC, CA Real Estate LLC, Cinco Aguilas LLC, Tres Aguilas Enterprises LLC, Tres Aguilas Management LLC, Whataburger International LLC, Whataburger Real Estate LLC, Whataburger Restaurants LLC, et al.,
Appellants

v.

**WHATABURGER OF ALICE, LTD.,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01431
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Appellee's Unopposed Second Motion for Extension of Time is hereby GRANTED.  NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.  Time is extended to September 6, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court